Argued and submitted March 31, affirmed on appeal; vacated and remanded in part with instructions; otherwise affirmed on cross-appeal April 21, 1999

STATE OF OREGON,
*Respondent - Cross-Appellant,*

*v.*

TERRY LEE CARRUTHERS,
*Appellant - Cross-Respondent.*

(960626C2; CA A95880)

979 P2d 313

Mary M. Reese, Deputy Public Defender, argued the cause for appellant - cross-respondent. With her on the brief was Sally L. Avera, Public Defender. David E. Groom, Public Defender, and Mary M. Reese, Deputy Public Defender, filed the brief for appellant - cross-respondent.

Douglas F. Zier argued the cause for respondent - cross-appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Convictions affirmed on appeal; on cross-appeal, sentence vacated and remanded with instructions to impose sentence in accordance with ORS 137.700. *State v. Jackman,* 155 Or App 358, 963 P2d 170, *rev den* 328 Or 115 (1998); otherwise affirmed.